**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Kunshengze Electronic Commerce Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-CV-3154 <br><br> Hon. Lindsay C. Jenkins <br><br> Hon. Mag. Heather K. McShain |

<u>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to dismiss with prejudice all causes of action in the complaint against the following defendants identified in Schedule A to the Complaint. Each party shall bear its own attorneys' fees and costs.

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 10 | HYFitness Sports & Outdoor |
| 16 | XMXINGJI Sports & Outdoor |
| 30 | REDAI Sports & Outdoor |
| 38 | LSjueli Tools & Home Improvement |
| 55 | HY Fitness |
| 76 | Mr An |
| 77 | RUIDONGYD |
| 80 | YONGXUN |

The Defendants listed in the tables above have not appeared, filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

SHENZHEN KUNSHENGZE ELECTRONIC COMMERCE CO., LTD,

Date:   June 19, 2024                                    By:    /s/ Depeng Bi
                                                                              An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail:  ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to either the addresses of Defendants' counsel or the addresses provided for Defendants by third parties.

/s/ Depeng Bi
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net